**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Northwest Renewable Energy Group, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Arsiero Logging** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2219258** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**25519 SE 392nd Street**
**Enumclaw, WA 98022-6826**
Number, Street, City, State & ZIP Code

**King**
County

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 24-11520-TWD    Doc 1    Filed 06/18/24    Ent. 06/18/24 16:25:26    Pg. 1 of 55

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>1133</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.  Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

Contact name

Phone

### Statistical and administrative information

**13.  Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case number (*if known*) _____

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 18, 2024**
MM / DD / YYYY

**X** **/s/ B. Michael Malgarini**
Signature of authorized representative of debtor

**B. Michael Malgarini**
Printed name

Title **Managing Member**

**18. Signature of attorney**

**X** **/s/ Thomas A. Buford**
Signature of attorney for debtor

Date **June 18, 2024**
MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone **(206) 292-2110**     Email address **tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

# MEMBER RESOLUTIONS OF
## NORTHWEST RENEWABLE ENERGY GROUP, LLC

WHEREAS, Northwest Renewable Energy Group, LLC, a Washington limited liability company (the "Company"), is experiencing significant financial challenges; and

WHEREAS, the undersigned is the managing member of the Company (the "Managing Member"); and

WHEREAS, it is the opinion of the Managing Member that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code, specifically in light of imminent reductions to the debt limits of Subchapter V of Chapter 11; and

WHEREAS, the Company has selected Turning Point, LLC ("Turning Point") to be its Financial Advisor to assist the Company with management and financial reporting in connection with the Company's Chapter 11 bankruptcy proceeding; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interests in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Managing Member directs to the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

RESOLVED, that the Company shall employ Turning Point to assist it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that B. Michael Malgarini is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Bush Kornfeld is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

SIGNED this 18th day of June, 2024.

**NORTHWEST RENEWABLE ENERGY GROUP, LLC**

_B. Michael Malgarini_
B. Michael Malgarini (Jun 18, 2024 12:51 PDT)

_____
B. Michael Malgarini, Managing Member

**Fill in this information to identify the case:**

Debtor name **Northwest Renewable Energy Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 18, 2024** X /s/ **B. Michael Malgarini**
Signature of individual signing on behalf of debtor

**B. Michael Malgarini**
Printed name

**Managing Member**
Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Northwest Renewable Energy Group, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ashe Construction PO Box 538 Randle, WA 98377 | Fax 360-497-2029 | | | | | $18,069.53 |
| CalPortland Co. PO Box 3601 Seattle, WA 98124-3601 | | | | | | $2,182.74 |
| Cutters Supply 235 Roosevelt Ave Enumclaw, WA 98022 | | | | | | $264.38 |
| DLL Financial Servs., Inc. 1111 Old Eagle School Road Wayne, PA 19087-1453 | Fax 866-490-0979 | 2022 LBX 3240 TL log loader SN: LBX210Q7NNTLN 2390 | | $327,690.82 | $275,000.00 | $52,690.82 |
| Eagle Carriage & Machine, Inc. 62500 Commerce Road La Grande, OR 97850 | | | | | | $94.25 |
| Ed's Morton Auto Parts 184 W Main PO Box 670 Morton, WA 98356 | | | | | | $166.86 |
| Ford Motor Credit Company 1 American Road Dearborn, MI 48126 | | 2021 Ford F-350 SD, Crew Cab Pickup 4-DR VIN: 1FT8W3BT3NEF27 826 | | $65,000.00 | $52,000.00 | $13,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| General Trailer Parts, LLC PO Box "G" Springfield, OR 97477-0067 | cheryl.brant@generaltrailerparts.com | | | | | $1,072.67 |
| George Craft PO Box 1025 Cle Elum, WA 98922 | | | | | | $32,691.80 |
| Les Schwab Tire Centers 649 Griffin Ave. Enumclaw, WA 98022 | creditbankruptcy@lesschwab.com | | | | | $7,311.59 |
| Modern Machinery Co.,Inc. P.O. Box 16660 Missoula, MT 59808-6660 | | | | | | $367.73 |
| Morgan & Son Earthmoving, Inc. PO Box 999 Ellensburg, WA 98926-1925 | dmorgan1242@fairpoint.net | | | $121,132.36 | $0.00 | $121,132.36 |
| Mountain View Auto Supply 740 Hwy 410 S Enumclaw, WA 98022 | 156@outlook.com | | | | | $6,258.61 |
| N C Machinery Co. Harnish Lockbox LB 1208 PO Box 35144 Seattle, WA 98124-5144 | Fax 425-251-5831 | | | | | $611.52 |
| Pacific Industrial Supply Co. 1231 S Director Street Seattle, WA 98108-4802 | payables@pacificindustrial.com | | | | | $2,025.61 |
| Pape' Machinery, Inc. PO Box 35144 Seattle, WA 98124-0140 | Fax 206-575-0164 | | Disputed | | | $40,022.37 |
| Richard Core 2179 Cispus Road Randle, WA 98377 | | | | | | $6,150.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Timbered Rangeland Mgmt. 5090 Naneum Road Ellensburg, WA 98926** | **timberedrangeland mgt@gmail.com** | | | | | **$29,077.64** |
| **Triad Machinery, Inc. PO Box 94471 Seattle, WA 98124-6771** | **kschirman@triadm achinery.com** | | | | | **$811.82** |
| **WA State Dep't of Licensing PO Box 9030 Olympia, WA 98507-9030** | **legal@dol.wa.gov Fax 360-570-4950** | **Motor vehicle license fees** | | | | **$6,185.75** |

Fill in this information to identify the case:

Debtor name  **Northwest Renewable Energy Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................    $      **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.....................................................    $      **3,392,164.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.......................................................    $      **3,392,164.00**

---

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **5,387,986.60**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **6,185.75**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      **147,205.63**

4.   **Total liabilities** ........................................................................
    Lines 2 + 3a + 3b            $      **5,541,377.98**

Debtor name  **Northwest Renewable Energy Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Commencement Bank 1102 Commerce Street, Suite 100 Tacoma, WA 98402** | **Business Interest Checking (Operating Account)** | 7503 | $73,709.00 |
| 3.2. | **Umpqua Bank 5005 Meadows Road, Suite 400 Lake Oswego, OR 97035-4291** | **Community Business Checking (Operating Account)** | 1384 | $0.00 |
| 3.3. | **WCLA Credit Union 2419 Pacific Avenue SE Olympia, WA 98501** | **Savings** | | $5.00 |
| 3.4. | **Commencement Bank 1102 Commerce Street, Suite 100 Tacoma, WA 98402** | **Business Checking (Wire Account)** | 5302 | $500.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                               $74,214.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:      **0.00**      -      **0.00**      = ....      **$0.00**
                         face amount          doubtful or uncollectible accounts

**Accounts Receivable**

12.    **Total of Part 3.**                                                       **$0.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture**<br>Desk and Office Chair | $0.00 | Debtor Estimate | $250.00 |
| 40. **Office fixtures**<br>Filing Cabinets | $0.00 | Debtor Estimate | $1,200.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer; 4 Printers | $0.00 | Debtor Estimate | $2,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

| | $3,950.00 |
|---|---|

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2006 Ford Ranger Super Cab, STX Pickup 2-DR 6**<br>VIN: 1FTYR15E06PA82346 | $0.00 | Debtor Estimate | $4,500.00 |
| 47.2. **2008 Dodge Ram 3500, Crew Cab Pickup 4-DR**<br>VIN: 3D6WH48A98G181611 | $0.00 | Debtor Estimate | $16,000.00 |
| 47.3. **2012 Ford F-250 SD, Crew Cab Pickup 4-DR**<br>VIN: 1FT7W2B61CEC88256 | $0.00 | Debtor Estimate | $13,000.00 |
| 47.4. **2019 Ford F-150, Crew Cab Pickup 4-DR**<br>VIN: 1FTFW1E47KFA63302 | $0.00 | Debtor Estimate | $17,000.00 |
| 47.5. **2020 Ford F-150, Extended Cab Pickup 4-DR**<br>VIN: 1FTFX1E41LKD47661 | $0.00 | Debtor Estimate | $20,000.00 |
| 47.6. **2021 Ford F-150, Extended Cab Pickup 4-DR**<br>VIN: 1FTFX1E85MFC81421 | $0.00 | Debtor Estimate | $23,500.00 |
| 47.7. **2022 Ford F-150, Extended Cab Pickup 4-DR**<br>VIN: 1FTEX1EB6NKD51895 | $0.00 | Debtor Estimate | $25,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.8. | **2022 Ford F-150, Extended Cab Pickup 4-DR**<br>**VIN: 1FTEX1EP2NFA72965** | $0.00 | Debtor Estimate | $25,000.00 |
| 47.9. | **2022 Ford F-350 SD, Crew Cab Pickup 4-DR**<br>**VIN: 1FT8W3BT3NEF27826** | $0.00 | Debtor Estimate | $52,000.00 |
| 47.10. | **1998 Kenworth T800 Tandem long logger**<br>**VIN: 1NKDXB0X4WR756696** | $0.00 | Debtor Estimate | $85,000.00 |
| 47.11. | **1990 Kenworth T800, short logger**<br>**SN:  S547980GL** | $0.00 | Debtor Estimate | $50,000.00 |
| 47.12. | **2005 Kenworth T800, dump truck**<br>**VIN: 1XDPB0X35R085977** | $0.00 | Debtor Estimate | $100,000.00 |
| 47.13. | **2014 Kenworth T800, lowboy tractor**<br>**VIN: 1XKDD40X9ER417683** | $0.00 | Debtor Estimate | $125,000.00 |
| 47.14. | **[YEAR] Peterbuilt [Model], long logger** | $0.00 | Debtor Estimate | $100,000.00 |
| 47.15. | **1998 Peerless log trailer**<br>**VIN: 1PLA02625JWK72010** | $0.00 | Debtor Estimate | $25,000.00 |
| 47.16. | **1991 General lowboy**<br>**VIN: 1G9DAM08XA008026** | $0.00 | Debtor Estimate | $45,000.00 |
| 47.17. | **1991 General booster**<br>**VIN: 1G9SAB021MA008027** | $0.00 | Debtor Estimate | $5,000.00 |
| 47.18. | **1990 Peerless pup trailer**<br>**VIN: 1PLW0443XLW086580** | $0.00 | Debtor Estimate | $25,000.00 |
| 47.19. | **1978 Peerless belly dump**<br>**SN: T783092** | $0.00 | Debtor Estimate | $20,000.00 |
| 47.20. | **1979 Comet hayrack trailer**<br>**SN: 87923554** | $0.00 | Debtor Estimate | $3,000.00 |
| 47.21. | **1992 Better Weigh trailer**<br>**SN: BWM066LM** | $0.00 | Debtor Estimate | $15,000.00 |
| 47.22. | **1964 homemade trailer**<br>**SN: TRLR95097** | $0.00 | Debtor Estimate | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2015 Kamatsu 931 E<br>SN: 1607 | $0.00 | Debtor Estimate | $250,000.00 |
| 1998 Valmet 890 Forwarder<br>SN: 8909063 | $0.00 | Debtor Estimate | $25,000.00 |
| 2014 Caterpillar 320 log loader<br>SN: GKS00392 | $0.00 | Debtor Estimate | $85,000.00 |
| 1995 Thunderbird TY-40 Yarder<br>SN: Y4147 | $0.00 | Debtor Estimate | $160,000.00 |
| 2016 Eagle Raptor Sky Carriage<br>SN: R-05-16 | $0.00 | Debtor Estimate | $35,000.00 |
| 2016 LBX 210X2 log loader<br>SN: LBX210Q5NGYTN2441 | $0.00 | Debtor Estimate | $75,000.00 |
| 2019 Caterpillar 316FL Hydraulic Excavator, SN: YDL20878, w/ 1 coupler, 1 thumb, 1 36" bucket | $0.00 | Debtor Estimate | $175,000.00 |
| 2002 Caterpillar 160H Motor Grader<br>SN: 9EJ01305 | $0.00 | Debtor Estimate | $100,000.00 |
| 2019 Caterpillar D5K2LGP Track Type Tractor, SN: 0KY207521, w/ 1 Caterpillar Ripper | $0.00 | Debtor Estimate | $135,000.00 |
| 2022 LBX 3240 TL log loader<br>SN: LBX210Q7NMTLN2151 | $0.00 | Debtor Estimate | $275,000.00 |
| 2021 LBX 3740 TLW logger<br>SN: LBX250Q7NMTLW1753 | $0.00 | Debtor Estimate | $550,000.00 |
| 2022 Boman LT9600 Carriage<br>SN: 2112LT599 | $0.00 | Debtor Estimate | $75,000.00 |
| 2022 LBX 3240 TL log loader<br>SN: LBX210Q7NNTLN2390 | $0.00 | Debtor Estimate | $275,000.00 |
| 2022 John Deere 648L-II Grapple Skidder<br>SN: 715909 | $0.00 | Debtor Estimate | $300,000.00 |

**51.**    **Total of Part 8.**                                                    | $3,314,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Shop building located at 31002 SE Enumclaw Chinook Pass Road, Enumclaw, WA 98022** | Leasehold Interest | $0.00 | | Unknown |

**56.**    **Total of Part 9.**                                                    | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.**    **Patents, copyrights, trademarks, and trade secrets**

**61.**    **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**
        **U.S. Forest Service timber sale contracts**
        **(listed on Schedule G)** _____      **$0.00** _____          **Unknown**

65.     **Goodwill**

66.     **Total of Part 10.**                                              | **$0.00** |
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $74,214.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,314,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,392,164.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,392,164.00 |

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | | |
|---|---|---|

**Bank of Idaho**
Creditor's Name

**135 North Bridge Street**
**PO Box 126**
**Saint Anthony, ID 83445**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/15/2022**

**Last 4 digits of account number**
**2882**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2008 International Workstar 7500 Fuel Truck, VIN: 1HTWPAZRX8J645762 (sold); 2021 Ford F-150, VIN: 1FTFX1E85MFC81421**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$64,877.44**   Value of collateral: **Unknown**

---

| 2.2 | | |
|---|---|---|

**Bank of Idaho**
Creditor's Name

**135 North Bridge Street**
**PO Box 126**
**Saint Anthony, ID 83445**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/27/2022**

**Last 4 digits of account number**
**3202**

Describe debtor's property that is subject to a lien
**2018 Kaman K-Max K-1200, Registration No. N803RA, Serial No. A94-0045 helicopter (surrendered) and all other Collateral as defined in the Commercial Security Agreement**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$2,106,003.73**   Value of collateral: **Unknown**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Bank of Idaho** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     $565,501.96     Unknown

**2012 Ford F-250 Pickup Truck, VIN: 1FT7W2B61CEC88256; 2011 Ford F-350 Crew Cab, VIN: 1FT8W3BT1BEA33153; 2006 Ford Ranger Super Cab, STX Pickup, VIN: 1FTYR15E06PA82346**

**135 North Bridge Street
PO Box 126
Saint Anthony, ID 83445**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**5/27/2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3210**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Bank of Idaho** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     $328,461.09     Unknown

**All Chattel Paper, Accounts and General Intangibles, including assignment of receivables, and all other Collateral as defined in the Commercial Security Agreement**

**135 North Bridge Street
PO Box 126
Saint Anthony, ID 83445**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**5/27/2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3228**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Bank of Idaho** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**     $69,021.52     $100,000.00

Creditor's Name

**135 North Bridge Street
PO Box 126
Saint Anthony, ID 83445**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**10/08/2021**

**Last 4 digits of account number**

**2484**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2005 Kenworth T800, dump truck
VIN: 1XDPB0X35R085977**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **DLL Financial Servs., Inc.** | | $263,106.58 | $275,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road
Wayne, PA 19087-1453**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**12/02/2021**

**Last 4 digits of account number**

**4593**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2022 LBX 3240 TL log loader
SN: LBX210Q7NMTLN2151**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **DLL Financial Servs., Inc.** | | $429,213.10 | $550,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road
Wayne, PA 19087-1453**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**12/14/2021**

**Last 4 digits of account number**

**4596**

**Describe debtor's property that is subject to a lien**

**2021 LBX 3740 TLW logger
SN: LBX250Q7NMTLW1753**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **DLL Financial Servs., Inc.** | **Describe debtor's property that is subject to a lien** | $327,690.82 | $275,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087-1453**

Creditor's mailing address

**2022 LBX 3240 TL log loader**
**SN: LBX210Q7NNTLN2390**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**7/28/2022**

**Last 4 digits of account number**

**1279**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $65,000.00 | $52,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 American Road**
**Dearborn, MI 48126**

Creditor's mailing address

**2021 Ford F-350 SD, Crew Cab Pickup 4-DR**
**VIN: 1FT8W3BT3NEF27826**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Forward Financing LLC** | **Describe debtor's property that is subject to a lien** | $27,565.65 | Unknown |
|---|---|---|---|---|

Creditor's Name

**53 State Street, 20th Floor**
**Boston, MA 02109**

Creditor's mailing address

**Future Receipts as defined in the Future Receipts Sale Agreement**

**Describe the lien**

---

**Future Receipts Sale Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**5/02/2023**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.1 1 | **Headway Capital, LLC** | $94,721.11 | Unknown |

Creditor's Name

**Attn: Bankruptcy Notice**
**175 W Jackson Blvd, Ste. 1000**
**Chicago, IL 60604**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Collateral as defined in the Security Agreement**

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**3/08/2023**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3284**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.1 2 | **John Deere Construction** | $266,320.31 | $300,000.00 |

Creditor's Name

**& Forestry Company**
**6400 NW 86th Street**
**Johnston, IA 50131-6600**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 John Deere 648L-II Grapple Skidder**
**SN: 715909**

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

**Date debt was incurred**

**4/04/2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5810**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Kapitus LLC** | | |
|---|---|---|---|

Creditor's Name

**2500 Wilson Blvd., Ste. 350 Arlington, VA 22201**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/08/2023**

Last 4 digits of account number
**1641**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**All Receivables, Inventory, Equipment, Intangibles, Investments, Cash, UCC Article 9 Items, and Collateral as defined in the Security Agreement**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**$143,146.83** | **Unknown**

---

| 2.1 4 | **Kapitus LLC** | | |
|---|---|---|---|

Creditor's Name

**2500 Wilson Blvd., Ste. 350 Arlington, VA 22201**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/03/2023**

Last 4 digits of account number
**6221**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**All Receivables, Inventory, Equipment, Intangibles, Investments, Cash, UCC Article 9 Items, and Collateral as defined in the Security Agreement**

Describe the lien

**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**$37,994.62** | **Unknown**

---

| 2.1 5 | **Morgan & Son Earthmoving, Inc.** | | |
|---|---|---|---|

Creditor's Name

**PO Box 999 Ellensburg, WA 98926-1925**

Describe debtor's property that is subject to a lien

**Transported harvested logs**

**$121,132.36** | **$0.00**

---

Creditor's mailing address

**dmorgan1242@fairpoint.net**
_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe the lien**
**Security Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | | | | |

**N C Machinery Co.**
_____
Creditor's Name

**17035 West Valley Hwy.**
**PO Box 3562**
**Tukwila, WA 98188**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**12/18/2019**
**Last 4 digits of account number**
**4524**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**2019 Caterpillar 316FL Hydraulic Excavator, SN: YDL20878, w/ 1 coupler, 1 thumb, 1 36" bucket**
_____
**Describe the lien**
**Installment Sale Contract**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$92,446.17       $175,000.00

---

| 2.17 | | | | |

**N C Machinery Co.**
_____
Creditor's Name

**17035 West Valley Hwy.**
**PO Box 3562**
**Tukwila, WA 98188**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**7/08/2020**
**Last 4 digits of account number**
**5769**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2019 Caterpillar D5K2LGP Track Type Tractor, SN: 0KY207521, w/ 1 Caterpillar Ripper**
_____
**Describe the lien**
**Installment Sale Contract**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$77,163.67       $135,000.00

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **USDA Forest Service** | **Describe debtor's property that is subject to a lien** | $74,171.54 | Unknown |

Creditor's Name

**Mt Baker-Snoqualmie Nat'l
Frst
Attn: John Magura
2930 Wetmore Ave., Suite
3A
Everett, WA 98201**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Timber proceeds**

**Describe the lien**
**Stumpage Lien under RCW 60.24.035**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **USDA Forest Service** | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |

Creditor's Name

**Okanogan-Wenatchee Nat'l
Frst
Attn: Nate Standish
215 Melody Lane
Wenatchee, WA 98801**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Timber proceeds**

**Describe the lien**
**Stumpage Lien under RCW 60.24.035**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **WCLA Credit Union** | **Describe debtor's property that is subject to a lien** | $234,448.10 | Unknown |

Creditor's Name

**1998 Valmet 890 Forwarder, SN: 8909063; 2022 Boman LT9600 Carriage, SN: 2112LT599; Various vehicles, lowboy tractor, log truck, and trailer as set forth in Promissory Note and Description of Collateral.**

**PO Box 207
Olympia, WA 98507-0207**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**1/19/2024**

**Last 4 digits of account number**

**4818**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$5,387,986.60**

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of Idaho**<br>**PO Box 1487**<br>**Idaho Falls, ID 83403-1487** | Line **2.1** | |
| **Bank of Idaho**<br>**399 North Capital Avenue**<br>**Idaho Falls, ID 83402** | Line **2.1** | |
| **Bank of Idaho**<br>**399 North Capital Avenue**<br>**Idaho Falls, ID 83402** | Line **2.2** | |
| **Bank of Idaho**<br>**PO Box 1487**<br>**Idaho Falls, ID 83403-1487** | Line **2.2** | |
| **Bank of Idaho**<br>**PO Box 1487**<br>**Idaho Falls, ID 83403-1487** | Line **2.3** | |
| **Bank of Idaho**<br>**399 North Capital Avenue**<br>**Idaho Falls, ID 83402** | Line **2.3** | |
| **Bank of Idaho**<br>**PO Box 1487**<br>**Idaho Falls, ID 83403-1487** | Line **2.4** | |

---

| | |
|---|---|
| **Bank of Idaho**<br>**399 North Capital Avenue**<br>**Idaho Falls, ID 83402** | Line __2.4__ |
| **Bank of Idaho**<br>**399 North Capital Avenue**<br>**Idaho Falls, ID 83402** | Line __2.5__ |
| **Bank of Idaho**<br>**PO Box 1487**<br>**Idaho Falls, ID 83403-1487** | Line __2.5__ |
| **Caterpillar Financial Services**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001** | Line __2.16__ |
| **Caterpillar Financial Services**<br>**PO Box 100647**<br>**Pasadena, CA 91189-0647** | Line __2.16__ |
| **Caterpillar Financial Services**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001** | Line __2.17__ |
| **Caterpillar Financial Services**<br>**PO Box 100647**<br>**Pasadena, CA 91189-0647** | Line __2.17__ |
| **John Deere Construction**<br>**& Forestry Company**<br>**1 John Deere Place**<br>**Moline, IL 61265-8010** | Line __2.12__ |
| **Kapitus Servicing, Inc.**<br>**2500 Wilson Blvd., Ste. 350**<br>**Arlington, VA 22201** | Line __2.13__ |
| **Kapitus Servicing, Inc.**<br>**2500 Wilson Blvd., Ste. 350**<br>**Arlington, VA 22201** | Line __2.14__ |
| **Morgan & Son Earthmoving, Inc.**<br>**6711 Reecer Creek Rd.**<br>**Ellensburg, WA 98926** | Line __2.15__ |
| **USDA Forest Service**<br>**Mt Baker-Snoqualmie Nat'l Frst**<br>**Attn: John Magura**<br>**1000 SE Everett Mall Way**<br>**Everett, WA 98208** | Line __2.18__ |
| **WCLA Credit Union**<br>**2419 Pacific Avenue SE**<br>**Olympia, WA 98501** | Line __2.20__ |

Debtor name **Northwest Renewable Energy Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**City of Enumclaw**<br>**Attn: Legal**<br>**1339 Griffin Avenue**<br>**Enumclaw, WA 98022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**B&O taxes** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops.**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Federal income taxes** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**King County Treasury Ops.**
**King Street Center**
**201 S Jackson Street, #710**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Personal property taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**WA Dep't of Labor & Indus.**
**PO Box 44000**
**Olympia, WA 98504-4000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,185.75 | $0.00 |

**WA State Dep't of Licensing**
**PO Box 9030**
**Olympia, WA 98507-9030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Motor vehicle license fees**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**WA State Dep't of Revenue**
**Bankruptcy/Claims Unit**
**2101 Fourth Avenue, Suite 1400**
**Seattle, WA 98121-2300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**State B&O and sales and use taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Northwest Renewable Energy Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,069.53 |
|---|---|---|---|

**Ashe Construction**
PO Box 538
Randle, WA 98377

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boman Industries, Inc.**
2470 Ewald Ave SE
Salem, OR 97302

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,182.74 |
|---|---|---|---|

**CalPortland Co.**
PO Box 3601
Seattle, WA 98124-3601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.38 |
|---|---|---|---|

**Cutters Supply**
235 Roosevelt Ave
Enumclaw, WA 98022

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.25 |
|---|---|---|---|

**Eagle Carriage & Machine, Inc.**
62500 Commerce Road
La Grande, OR 97850

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.86 |
|---|---|---|---|

**Ed's Morton Auto Parts**
184 W Main
PO Box 670
Morton, WA 98356

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,072.67 |
|---|---|---|---|

**General Trailer Parts, LLC**
PO Box "G"
Springfield, OR 97477-0067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,691.80 |
|---|---|---|---|

**George Craft**
**PO Box 1025**
**Cle Elum, WA 98922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,311.59 |
|---|---|---|---|

**Les Schwab Tire Centers**
**649 Griffin Ave.**
**Enumclaw, WA 98022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lexon Insurance Company**
**PO Box 947805**
**Atlanta, GA 30394-7805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisa, Inc.**
**400 Valley Avenue NE**
**Puyallup, WA 98372-2516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.73 |
|---|---|---|---|

**Modern Machinery Co.,Inc.**
**P.O. Box 16660**
**Missoula, MT 59808-6660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,258.61 |
|---|---|---|---|

**Mountain View Auto Supply**
**740 Hwy 410 S**
**Enumclaw, WA 98022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $611.52 |
|---|---|---|---|

**N C Machinery Co.**
**Harnish Lockbox LB 1208**
**PO Box 35144**
**Seattle, WA 98124-5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,025.61** |
|---|---|---|---|

**Pacific Industrial Supply Co.**
**1231 S Director Street**
**Seattle, WA 98108-4802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pacific Rim Log Scaling**
**8288 28th Ct NE**
**Lacey, WA 98516-7159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.51** |
|---|---|---|---|

**Pape Kenworth Northwest**
**20220 International Blvd. S.**
**SeaTac, WA 98198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,022.37** |
|---|---|---|---|

**Pape' Machinery, Inc.**
**PO Box 35144**
**Seattle, WA 98124-0140**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Performance Sys. Integration**
**PO Box 8528**
**Pasadena, CA 91109-8601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,150.00** |
|---|---|---|---|

**Richard Core**
**2179 Cispus Road**
**Randle, WA 98377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,077.64** |
|---|---|---|---|

**Timbered Rangeland Mgmt.**
**5090 Naneum Road**
**Ellensburg, WA 98926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $811.82 |
| --- | --- | --- | --- |

**Triad Machinery, Inc.**
PO Box 94471
Seattle, WA 98124-6771

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Ashe Construction**<br>**114 Monterey Drive**<br>**Kelso, WA 98626-1920** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CalPortland Co.**<br>**2025 E Financial Way**<br>**Glendora, CA 91741** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Les Schwab Tire Centers**<br>**PO Box 5350**<br>**Bend, OR 97708-5350** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Modern Machinery Co.,Inc.**<br>**22431 83rd Avenue S**<br>**Kent, WA 98032-1989** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Mountain View Auto Supply**<br>**27644 238th Ave. SE**<br>**Maple Valley, WA 98038** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **N C Machinery Co.**<br>**17035 West Valley Hwy.**<br>**2nd Floor**<br>**Tukwila, WA 98188-5519** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Pape' Machinery, Inc.**<br>**3607 20th Street E**<br>**Fife, WA 98424-1704** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Pape' Machinery, Inc.**<br>**355 Goodpasture Island Road**<br>**Suite 300**<br>**Eugene, OR 97401-2199** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Performance Sys. Integration**<br>**7324 SW Durham Road**<br>**Portland, OR 97224-7307** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Timbered Rangeland Mgmt.**<br>**3760 Vantage Hwy.**<br>**Ellensburg, WA 98926-9079** | Line __3.21__<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Triad Machinery, Inc.**<br>**1601 Bay Street**<br>**Tacoma, WA 98421-2613** | Line __3.22__<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Triad Machinery, Inc.**<br>**18200 NE Riverside Pkwy.**<br>**Portland, OR 97230-5178** | Line __3.22__<br>☐ Not listed. Explain ____ | _ |

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $     6,185.75 |
| 5b. Total claims from Part 2 | 5b. + | $     147,205.63 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $     153,391.38 |

Debtor name    **Northwest Renewable Energy Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for shop premises located at 31002 SE Enumclaw-Chinook Pass Hwy., Enumclaw, Washington.** | |
| | State the term remaining | **12/31/2024** | **Lisa, Inc.** |
| | List the contract number of any government contract | | **400 Valley Avenue NE** <br> **Puyallup, WA 98372-2516** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Cabin SBA DxP** | |
| | State the term remaining | **10/31/2025** | **United States Forest Service** |
| | List the contract number of any government contract | | **1400 Independence Ave. SW** <br> **Washington, DC 20250-0003** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Cora Thin Reoffer** | |
| | State the term remaining | **12/31/2024** | **United States Forest Service** |
| | List the contract number of any government contract | | **1400 Independence Ave. SW** <br> **Washington, DC 20250-0003** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Midnight Thin DxP SBA** | |
| | State the term remaining | **12/31/2026** | **United States Forest Service** |
| | List the contract number of any government contract | | **1400 Independence Ave. SW** <br> **Washington, DC 20250-0003** |

Case 24-11520-TWD    Doc 1    Filed 06/18/24    Ent. 06/18/24 16:25:26    Pg. 38 of 55



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Soldier Thin** | |
|---|---|---|---|
| | State the term remaining | **9/30/2027** | **United States Forest Service 1400 Independence Ave. SW Washington, DC 20250-0003** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Watch Thin** | |
|---|---|---|---|
| | State the term remaining | **3/31/2027** | **United States Forest Service 1400 Independence Ave. SW Washington, DC 20250-0003** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Willie Thin SBA Reoffer** | |
|---|---|---|---|
| | State the term remaining | **9/30/2026** | **United States Forest Service 1400 Independence Ave. SW Washington, DC 20250-0003** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Catt Thin Reoffer** | |
|---|---|---|---|
| | State the term remaining | **12/31/2023** | **United States Forest Service 1400 Independence Ave. SW Washington, DC 20250-0003** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Haller DxP Stewardship** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **United States Forest Service 1400 Independence Ave. SW Washington, DC 20250-0003** |
| | List the contract number of any government contract | | |

First Name                    Middle Name                    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Timber Sale Contract - Taneum DxP Timber Sale** | |
| --- | --- | --- | --- |
| | State the term remaining | **9/30/2026** | **United States Forest Service** **1400 Independence Ave. SW** **Washington, DC 20250-0003** |
| | List the contract number of any government contract | | |

Debtor name **Northwest Renewable Energy Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
                                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Arsiero Air, LLC** | **3510 Delaware Avenue Idaho Falls, ID 83404** | **Bank of Idaho** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Arsiero Air, LLC** | **3510 Delaware Avenue Idaho Falls, ID 83404** | **Bank of Idaho** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Arsiero Air, LLC** | **3510 Delaware Avenue Idaho Falls, ID 83404** | **Bank of Idaho** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **Headway Capital, LLC** | ■ D __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **Kapitus LLC** | ■ D __2.13__ <br> ☐ E/F _____ <br> ☐ G _____ |

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|

| 2.6 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **Kapitus LLC** | ■ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **Forward Financing LLC** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **DLL Financial Servs., Inc.** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **DLL Financial Servs., Inc.** | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **DLL Financial Servs., Inc.** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **Bank of Idaho** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **Bank of Idaho** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **B. Michael Malgarini** | **25519 SE 392nd Street Enumclaw, WA 98022-6826** | **Bank of Idaho** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Northwest Renewable Energy Group, LLC | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | B. Michael Malgarini | 25519 SE 392nd Street Enumclaw, WA 98022-6826 | Bank of Idaho | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.15 | B. Michael Malgarini | 25519 SE 392nd Street Enumclaw, WA 98022-6826 | Bank of Idaho | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.16 | Bonnie J. Malgarini | 25519 SE 392nd Street Enumclaw, WA 98022-6826 | Bank of Idaho | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.17 | Bonnie J. Malgarini | 25519 SE 392nd Street Enumclaw, WA 98022-6826 | Bank of Idaho | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.18 | Bonnie J. Malgarini | 25519 SE 392nd Street Enumclaw, WA 98022-6826 | Bank of Idaho | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.19 | Erosion Ctrl. Innovations LLC | 25519 SE 392nd Street Enumclaw, WA 98022-6826 | Bank of Idaho | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.20 | Erosion Ctrl. Innovations LLC | 25519 SE 392nd Street Enumclaw, WA 98022-6826 | Bank of Idaho | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.21 | Erosion Ctrl. Innovations LLC | 25519 SE 392nd Street Enumclaw, WA 98022-6826 | Bank of Idaho | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

# United States Bankruptcy Court
## Western District of Washington

In re    **Northwest Renewable Energy Group, LLC**        Case No. _____

                                        Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **B. Michael Malgarini**<br>**25519 SE 392nd Street**<br>**Enumclaw, WA 98022-6826** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 18, 2024**                         Signature   **/s/ B. Michael Malgarini**

                                                                       **B. Michael Malgarini**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Washington**

In re __Northwest Renewable Energy Group, LLC__      Case No. _____

                                  Debtor(s)      Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __June 18, 2024__           __/s/ B. Michael Malgarini__
                                        **B. Michael Malgarini/Managing Member**
                                        Signer/Title

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART ST #5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


THOMAS A. BUFORD
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


NORTHWEST RENEWABLE ENERGY GROUP, LLC
25519 SE 392ND STREET
ENUMCLAW, WA 98022-6826
```

```
UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
915 SECOND AVE.
SEATTLE, WA 98174


ATTORNEY GENERAL OF THE
  UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0001


U.S. SMALL BUSINESS ADMIN.
510 L STREET
ROOM 310
ANCHORAGE, AK 99501


U.S. SMALL BUSINESS ADMIN
LEGAL DEPT.
2401 FOURTH AVE. #400
SEATTLE, WA 98121


ARSIERO AIR, LLC
3510 DELAWARE AVENUE
IDAHO FALLS, ID 83404


ASHE CONSTRUCTION
PO BOX 538
RANDLE, WA 98377


ASHE CONSTRUCTION
114 MONTEREY DRIVE
KELSO, WA 98626-1920


B. MICHAEL MALGARINI
25519 SE 392ND STREET
ENUMCLAW, WA 98022-6826


BANK OF IDAHO
135 NORTH BRIDGE STREET
PO BOX 126
SAINT ANTHONY, ID 83445


BANK OF IDAHO
PO BOX 1487
IDAHO FALLS, ID 83403-1487
```

BANK OF IDAHO
399 NORTH CAPITAL AVENUE
IDAHO FALLS, ID 83402


BOMAN INDUSTRIES, INC.
2470 EWALD AVE SE
SALEM, OR 97302


BONNIE J. MALGARINI
25519 SE 392ND STREET
ENUMCLAW, WA 98022-6826


CALPORTLAND CO.
PO BOX 3601
SEATTLE, WA 98124-3601


CALPORTLAND CO.
2025 E FINANCIAL WAY
GLENDORA, CA 91741


CATERPILLAR FINANCIAL SERVICES
PO BOX 340001
NASHVILLE, TN 37203-0001


CATERPILLAR FINANCIAL SERVICES
PO BOX 100647
PASADENA, CA 91189-0647


CITY OF ENUMCLAW
ATTN: LEGAL
1339 GRIFFIN AVENUE
ENUMCLAW, WA 98022


COMMENCEMENT BANK
1102 COMMERCE STREET, STE. 100
TACOMA, WA 98402


CUTTERS SUPPLY
235 ROOSEVELT AVE
ENUMCLAW, WA 98022


DLL FINANCIAL SERVS., INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

EAGLE CARRIAGE & MACHINE, INC.
62500 COMMERCE ROAD
LA GRANDE, OR 97850


ED'S MORTON AUTO PARTS
184 W MAIN
PO BOX 670
MORTON, WA 98356


EROSION CTRL. INNOVATIONS LLC
25519 SE 392ND STREET
ENUMCLAW, WA 98022-6826


FORD MOTOR CREDIT COMPANY
1 AMERICAN ROAD
DEARBORN, MI 48126


FORWARD FINANCING LLC
53 STATE STREET, 20TH FLOOR
BOSTON, MA 02109


GENERAL TRAILER PARTS, LLC
PO BOX "G"
SPRINGFIELD, OR 97477-0067


GEORGE CRAFT
PO BOX 1025
CLE ELUM, WA 98922


HEADWAY CAPITAL, LLC
ATTN: BANKRUPTCY NOTICE
175 W JACKSON BLVD, STE. 1000
CHICAGO, IL 60604


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS.
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JOHN DEERE CONSTRUCTION
  & FORESTRY COMPANY
6400 NW 86TH STREET
JOHNSTON, IA 50131-6600

JOHN DEERE CONSTRUCTION
 & FORESTRY COMPANY
1 JOHN DEERE PLACE
MOLINE, IL 61265-8010


KAPITUS LLC
2500 WILSON BLVD., STE. 350
ARLINGTON, VA 22201


KAPITUS SERVICING, INC.
2500 WILSON BLVD., STE. 350
ARLINGTON, VA 22201


KING COUNTY TREASURY OPS.
KING STREET CENTER
201 S JACKSON STREET, #710
SEATTLE, WA 98104


LES SCHWAB TIRE CENTERS
649 GRIFFIN AVE.
ENUMCLAW, WA 98022


LES SCHWAB TIRE CENTERS
PO BOX 5350
BEND, OR 97708-5350


LEXON INSURANCE COMPANY
PO BOX 947805
ATLANTA, GA 30394-7805


LISA, INC.
400 VALLEY AVENUE NE
PUYALLUP, WA 98372-2516


MODERN MACHINERY CO.,INC.
P.O. BOX 16660
MISSOULA, MT 59808-6660


MODERN MACHINERY CO.,INC.
22431 83RD AVENUE S
KENT, WA 98032-1989


MORGAN & SON EARTHMOVING, INC.
PO BOX 999
ELLENSBURG, WA 98926-1925

```
MORGAN & SON EARTHMOVING, INC.
6711 REECER CREEK RD.
ELLENSBURG, WA 98926


MOUNTAIN VIEW AUTO SUPPLY
740 HWY 410 S
ENUMCLAW, WA 98022


MOUNTAIN VIEW AUTO SUPPLY
27644 238TH AVE. SE
MAPLE VALLEY, WA 98038


N C MACHINERY CO.
HARNISH LOCKBOX LB 1208
PO BOX 35144
SEATTLE, WA 98124-5144


N C MACHINERY CO.
17035 WEST VALLEY HWY.
PO BOX 3562
TUKWILA, WA 98188


N C MACHINERY CO.
17035 WEST VALLEY HWY.
2ND FLOOR
TUKWILA, WA 98188-5519


PACIFIC INDUSTRIAL SUPPLY CO.
1231 S DIRECTOR STREET
SEATTLE, WA 98108-4802


PACIFIC RIM LOG SCALING
8288 28TH CT NE
LACEY, WA 98516-7159


PAPE KENWORTH NORTHWEST
20220 INTERNATIONAL BLVD. S.
SEATAC, WA 98198


PAPE' MACHINERY, INC.
PO BOX 35144
SEATTLE, WA 98124-0140
```

PAPE' MACHINERY, INC.
3607 20TH STREET E
FIFE, WA 98424-1704


PAPE' MACHINERY, INC.
355 GOODPASTURE ISLAND ROAD
SUITE 300
EUGENE, OR 97401-2199


PERFORMANCE SYS. INTEGRATION
PO BOX 8528
PASADENA, CA 91109-8601


PERFORMANCE SYS. INTEGRATION
7324 SW DURHAM ROAD
PORTLAND, OR 97224-7307


RICHARD CORE
2179 CISPUS ROAD
RANDLE, WA 98377


TIMBERED RANGELAND MGMT.
5090 NANEUM ROAD
ELLENSBURG, WA 98926


TIMBERED RANGELAND MGMT.
3760 VANTAGE HWY.
ELLENSBURG, WA 98926-9079


TRIAD MACHINERY, INC.
PO BOX 94471
SEATTLE, WA 98124-6771


TRIAD MACHINERY, INC.
1601 BAY STREET
TACOMA, WA 98421-2613


TRIAD MACHINERY, INC.
18200 NE RIVERSIDE PKWY.
PORTLAND, OR 97230-5178


UMPQUA BANK
5005 MEADOWS ROAD, STE. 400
LAKE OSWEGO, OR 97035-4291

UNITED STATES FOREST SERVICE
1400 INDEPENDENCE AVE. SW
WASHINGTON, DC 20250-0003


USDA FOREST SERVICE
MT BAKER-SNOQUALMIE NAT'L FRST
ATTN: JOHN MAGURA
2930 WETMORE AVE., SUITE 3A
EVERETT, WA 98201


USDA FOREST SERVICE
OKANOGAN-WENATCHEE NAT'L FRST
ATTN: NATE STANDISH
215 MELODY LANE
WENATCHEE, WA 98801


USDA FOREST SERVICE
MT BAKER-SNOQUALMIE NAT'L FRST
ATTN: JOHN MAGURA
1000 SE EVERETT MALL WAY
EVERETT, WA 98208


WA DEP'T OF LABOR & INDUS.
PO BOX 44000
OLYMPIA, WA 98504-4000


WA STATE DEP'T OF LICENSING
PO BOX 9030
OLYMPIA, WA 98507-9030


WA STATE DEP'T OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 FOURTH AVENUE, SUITE 1400
SEATTLE, WA 98121-2300


WCLA CREDIT UNION
PO BOX 207
OLYMPIA, WA 98507-0207


WCLA CREDIT UNION
2419 PACIFIC AVENUE SE
OLYMPIA, WA 98501


WCLA INSURANCE AGENCY
PO BOX 2168
OLYMPIA, WA 98507

# United States Bankruptcy Court
## Western District of Washington

In re    **Northwest Renewable Energy Group, LLC**         Case No. _____

                                     Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Northwest Renewable Energy Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 18, 2024** | **/s/ Thomas A. Buford** |
| Date | **Thomas A. Buford** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Northwest Renewable Energy Group, LLC** |
| | **Bush Kornfeld LLP** |
| | **601 Union St., Suite 5000** |
| | **Seattle, WA 98101-2373** |
| | **(206) 292-2110 Fax:(206) 292-2104** |
| | **tbuford@bskd.com** |